1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   JORGE VEGA-REYES
7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )   No. 2:10-cr-00366-MCE
                                  )
11              Plaintiff,        )   STIPULATION AND ORDER TO CONTINUE
                                  )   STATUS CONFERENCE TO NOVEMBER 18,
12      v.                        )   2010, AT 9:00 A.M.
                                  )
13 JORGE VEGA-REYES,              )   Date:  October 14, 2010
                                  )   Time:  9:00 a.m.
14              Defendant.        )   Judge: Hon. Morrison C. England
   _____)
15

16      THE PARTIES STIPULATE, through counsel, Michele Beckwith,

17 Assistant United States Attorney, and Michael Petrik, Jr., attorney for

18 Jorge Vega-Reyes, that the Court should vacate the status conference

19 scheduled for October 14, 2010, at 9:00 a.m., and reset it for November

20 18, 2010, at 9:00 a.m.

21      Counsel for defendant requires further time to review discovery,

22 and to obtain and review the pre-plea advisory guideline report with

23 Mr. Vega.

24 ///

25 ///

26 ///

27

28                                  1

1  The parties further stipulate that the Court should exclude the
2  period from the date of this order through November 18, 2010, when it
3  computes the time within which the trial of the above criminal
4  prosecution must commence for purposes of the Speedy Trial Act.  The
5  parties stipulate that the ends of justice served by granting Mr.
6  Vega's request for a continuance outweigh the best interest of the
7  public and Mr. Vega in a speedy trial, and that this is an appropriate
8  exclusion of time for defense preparation within the meaning of 18
9  U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

10 Dated: October 12, 2010          Respectfully submitted,

11                                  DANIEL BRODERICK
                                    Federal Defender
12
                                    /s/ M.Petrik
13                                  _____
                                    MICHAEL PETRIK, Jr.
14                                  Assistant Federal Defender

15 Dated: October 12, 2010          BENJAMIN B. WAGNER
                                    United States Attorney
16
                                    /s/ M.Petrik for
17                                  _____
                                    MICHELE BECKWITH
18                                  Assistant U.S. Attorney

2

**ORDER**

**IT IS SO ORDERED.** The status conference is continued to November 18, 2010, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 18, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: October 15, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3